2:16mj 36

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUACE OF CRIMINAL COMPLAINT AND ARREST WARRANTS

Your affiant, Matthew Miller, being duly sworn and deposed, states as follow:

FILED
JAN 15 2016
CLERK, U.S. DISTRICT COURT

### INTRODUCTION

1. Your affiant is a Special Agent (SA) with the United States Naval Criminal Investigative Service (NCIS), Department of the Navy. Your affiant is currently assigned to NCIS' Norfolk Field Office on the General Crimes investigations squad, which is responsible for investigating felonies aboard Naval Station Norfolk, VA among other places.

2. Your affiant makes this affidavit in support of an application for arrest warrants for the following individual
   a. Genesis Calvin MOORE.

### CRIMINAL OFFENSES

3. This request for arrest warrants is made in relation to the following offense occurring in the Eastern District of Virginia (EDVA) and elsewhere:

   a. Interstate Transportation of a Stolen Motor Vehicle, 18 U.S.C. Section 2312

### EXPERIENCE AND TRAINING OF THE AFFIANT

4. Your affiant is an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2516. Your affiant is a special agent with the United States Naval Criminal Investigative Service (NCIS) and has been so employed since September 2014. NCIS is the investigative arm of the Department of the Navy responsible for investigating felonies impacting members of the Navy to include civilian employees. NCIS' responsibilities span a range of investigations to include crimes against person, crime against property, all forms of procurement fraud and any other crimes relating to the United States Department of the Navy. Prior to my employment with NCIS, I was employed with the United States Federal Air Marshal Service (FAM Service). While there, I was responsible for providing counter terrorism security for United States Air Carriers. I also served as a Washington DC Police Officer (MPD) prior to the FAM Service. While employed with MPD, I prepared and executed arrest warrants ranging from narcotics related offenses to stolen property. I have attended and successfully completed the Basic Criminal Investigators' Course at the Federal Law Enforcement Training Center, Brunswick, GA. As a federal agent, I am authorized to investigate violations of the United States, and I am a law enforcement officer with the authority to execute warrants under the authority of the United States
Based on my experience and training, I know the following:

## EXPERIENCE AND TRAINING OF THE INVESTIGATIVE TEAM

5. This investigation is being conducted by the NCIS Norfolk Field Office in conjunction with the Hampton, VA Police Department (HPD), Newport News, VA Police Department (NNPD), Loganville, GA Police Department (LPD) and Sewell's Point Naval Station Norfolk, VA Base Police Department (SPBPD). The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team."

## SOURCES OF PROBABLE CAUSE

6. The facts comprising the basis for probable cause in the affidavit are derived from the following sources:

    a. A review of HPD, NNPD, LPD, SPBPD and NCIS investigative reports;
    b. A review of photographs and closed circuit television surveillance footage.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

7. Since this affidavit is being submitted only for the limited purpose of securing authorization for arrest warrants, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

8. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCIUMSTANCES

9. From in or around June 2015 through July 2015, the defendant, Genesis Calvin MOORE, was an active duty member of the United States Navy, stationed on board the USS Wasp (LHD-1), a United States Navy warship in port at Naval Station Norfolk in Norfolk, Virginia, in the Eastern District of Virginia. During that time, MOORE lived on Milford Avenue in Hampton, Virginia.

10. On June 7, 2015, Officer Maurice Kennard of the Loganville Police Department in Loganville, Georgia, responded to 310 Springmoor Lane, Loganville, Georgia in response to a request for verification on two Bobcats (vehicles used as construction equipment). Upon arrive, Officer Kennard, spoke to an individual who claimed that he responded to a Craiglist Ad offering to sell both Bobcats for

2

$13,000. The individual wanted to check the serial numbers for the equipment to verify that the Bobcats were not stolen before making the purchase. Officer Kennard checked the Bobcats' serial numbers, which were 531812396 *[handwritten: 53181329 M/M]*, Bobcat T250 and 527717735, Bobcat T190, through law enforcement databases. The Bobcats were not showing as being stolen at that time. Later that day, the individual who had been interested in purchasing the bobcats arrived at the Loganville, Georgia Police Department and asked to speak with Officer Kennard about the Bobcats. The individual stated that he observed a stencil on the Bobcat 250 indicating that the Bobcat belonged to Winn Nursery in Norfolk, Virginia. A telephone number for Winn Nursery was stenciled on the Bobcat. The individual had contacted Winn Nursery and spoken with the business owner about the bobcat. The owner stated that he did have a Bobcat T250 that was on a jobsite in Virginia. The prospective purchaser informed the owner that the Bobcat was in Loganville, Georgia. Law enforcement personnel with the Loganville, Georgia police department contacted the owner of Winn Nursery and advised him to contact his local law enforcement agency to file a report regarding his stolen Bobcat.

11. Personnel from the Loganville Police Department in Loganville, Georgia proceeded to 310 Springmoor Lane, Loganville, George, where they located the two Bobcats and a flatbed truck. The truck displayed a U.S. Government license plate (N96 47374) *[handwritten: 53181329 M/M]* front and back. Located on the flatbed truck was a Bobcat T250 with serial number 53181329, stenciled with a logo for Winn Nursery of Virginia and a telephone number. Located on the Winn Nursery Bobcat was a serial number plate showing serial number 531813296. Agents checked the serial number through law enforcement databases. The Bobcat was reported as being stolen from Newport News, Virginia. Another Bobcat T190, serial number 52771735, *[handwritten: 52771735 M/M]* was located next to the 310 Springmoor Lane residence.

12. Law enforcement agents proceeded to make contact with the occupants of the 310 Springmoor Lane, Loganville, Georgia residence. The defendant, GENESIS MOORE, answered the door. The defendant provided a Tennessee driver's license and a military identification card. The defendant stated that he was familiar with the Bobcats and truck at the residence. He stated that his friend had driven the truck to Georgia and that he, the defendant, had followed in a personal vehicle. The defendant confirmed that a Craigslist ad had advertised the sale of the Bobcats. The defendant stated that his Navy Chief had authorized him to use the truck, a government vehicle, for his personal use. The defendant later told law enforcement agents that his friend, J.M., had procured the bobcats and that J.M. had already driven back to Virginia in the defendant's personal vehicle.

13. Subsequent investigative efforts identified the flatbed truck found in Loganville, Georgia as United States government property in use on Naval Station Norfolk, Norfolk, Virginia by the USS Harry S. Truman (CVN-75). The defendant, as a member of the U.S. Navy assigned to the USS Wasp (LHD-1) on Naval Station Norfolk, Norfolk, Virginia, worked on a pier in close proximity to the location of the flatbed truck.

## CONCLUSION

14. The information contained herein, describes a by Genesis MOORE in the Eastern District of Virginia. Based upon the information and evidence set forth above, your affiant respectfully submits that there is probable cause to believe that Genesis MOORE has committed, is committing and will continue to commit the offenses described above.

15. Base on the above, I submit that there is probable cause to believe that violations of Title 18, U.S.C. Section 2312, Interstate Transportation of a Stolen Motor Vehicle, have been committed by Genesis Calvin MOORE.

FURTHER YOUR AFFIANT SAYETH NOT.

Matthew Miller, Special Agent
US Naval Criminal Investigative Service

Sworn and subscribed to before me
On this __15th__ day of January 2016

United States Magistrate Judge
Norfolk, Virginia