# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2:16cr38 |
| ) | |
| v. ) | |
| ) | |
| GENESIS CALVIN MOORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

It appearing to the Court that the defendant, GENESIS CALVIN MOORE, is currently in state custody on state charges, and must appear before the United States District Court, in Norfolk, Virginia, on October 12, 2016, at 11:00 a.m. for sentencing;

It is hereby ORDERED that a writ of habeas corpus ad prosequendum issue forthwith, to be directed to the Sheriff, Hampton City Jail, 135 High Court Lane, Hampton, VA 23669, (757) 737-6396, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court in Norfolk, Virginia on October 12, 2016, at 11:00 a.m. and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

/s/
Douglas E. Miller
United States Magistrate Judge

_____
UNITED STATES MAGISTRATE JUDGE

October 6, 2016
~~September~~
Norfolk, Virginia

WE ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Alyssa K. Nichol
Special Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

RECEIVED