# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

Wednesday, October 12, 2016

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, CUSDJ

Deputy Clerk: *S. Cherry*                          Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 11:40 a.m. |
|---|---|---|
| 2:16cr38 | USA v. Genesis C. Moore | |

Alyssa Nichol, AUSA, and Randy Stoker, AUSA, present on behalf of USA.

Keith Kimball, AFPD, and Amanda Conner, AFPD, present. Defendant present in custody.

Susan Hushour, USPO, present.

Matter came on for hearing re Motion to Continue (document #62).

The court grants the Motion to Continue sentencing. Comments of court, counsel and the probation officer heard re obtaining certain records.

Sentencing continued to November 4, 2016, at 11:00 a.m.

Defendant remanded to custody of USM.